**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald R. Glasser, | ) | Case No. 1:09-cr-035 |
| | ) | |
| Defendant. | ) | |

_____

On April 17, 2009, the Government filed an Information charging the Defendant with the offense of attempting to evade and defeat assessment of taxes for the year 2003 in violation of 26 U.SC. § 7201. Additionally, it filed a plea agreement executed by the parties as well as a request for the issuance of a summons. On April 22, 2009, it filed an affidavit from IRS Special Agent Kristen Baumgartner in support of its request for a summons.

Special Agent Baumgartner's affidavit establishes probable cause to believe that the Defendant committed the offense charged in the information. Accordingly, court **GRANTS** the Government's request for the issuance of a summons and authorizes the Clerk's office to issue a summons for the Defendant. See Fed. R. Civ. P. 9(a).

**IT IS SO ORDERED.**

Dated this 24th day of April, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge